UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. BUSTILLOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SGT. E. SANCHEZ et al,<br><br>　　　　　Defendant.<br>_____/ | Case Number: CV07-05139 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert John Bustillos V-23234
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Prison Trust Account Office
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Finance

Dated: April 11, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Nichole Heuerman, Deputy Clerk