AMENDED COMPLAINT
No. C 07-5139 PJH (PR)

Your Honor, I beg you for your patience and understanding that I may explain what "15," "17," and "19" mean.

I in haste filed a State Tort Claim, although I did not file within the 6 month filing period deadline.

I believed my State Tort Claim to be written so accurately and sufficiently that I used the same format for my "1983." This I believe is what the confusion is all about. The questions in the State Tort Format stand for:

Q15. = Dollar amount of claim + Explain how you calculated the amount:

Q17. = Describe the specific damage or injury:
I

Q19. = Explain why you believe the state is responsible for the damage or injury: (Application enclosed)

If you could please take the time and read the questions as they are asked, and reread the answers that I gave, you will see what my claim is based upon, what I accuse each defendant of doing and at what dates each offense occured.

Again please forgive me for using this improper format, but I thought (unwisely) to use it.

I'm not sure how to Amend as I've stated all I could as accurately as I could in my original complaint.

I will try though to Amend to the best of my ability.           II

① I have stated claims against Sgt. E. Sanchez, and C.O. J. Wolf for sexual assault on 5/7/06. (throughly explained in 1st 602).

② Police Brutality & Excessive Force, a claim against C.O.s D. Perez and Ramarez on incident that occured on 6/27/06.

③ Police Brutality & Excessive Force on incident of 7/9/06 that I suffered at the hands of C.O.s R. Machuka Jr., V. Franco (male), S. Rodriguez, ~~and~~ Sergeant Metcalf and R. Reyes.

④ Also retalitory action was taken towards me by Lt. Caplan on 7/22/06 for reporting beatings and abuse of 6/27/06 & 7/9/06.

More confusing of a claim is that of my Ad-seg trap...... III

that was illegal and inhumane to say the least.

For more clarification on how I suffered Emotionaly and mentally in this Ad-Seg Entrapement please refer to my 1st 1983 (case # No. C 05-4728 PJH (PR) and/or reread 2nd 1983.

With this Amended Complaint I am following Citation Erickson v. Pardus, 127 S. St 2197, 2200 (2007), and have revised my claim to "give the defendant fair notice of what the claim is and the grounds upon which it rests.

My grounds are the violations of my 8th and 14th Amendment rights repeatedly and flagrantly violated by above stated defendants. It is further stated in (A. Standard of Review)

III

(Line 10, page 2) A complaint must proffer "enough facts to state a claim for relief that is plausible on its face," id. at 1986-87.

Your Honor I believe that the 150⊕ pages of Medical and Administrative records I have presented to your Court show my claim for relief to be <u>extremely</u> plausible on its face, and offer enough facts for my case to <u>strongly</u> proceed.

Through my original 2nd 1983 I've stated countless accurate and detailed information of what happened. These are specific facts, although I now know the Court seeks only "a short and plain statement of the claim showing I am..... V

entitled to relief." Please do not disregard the vital information that is in my original complaint. Please reread my III. Statement of Claim with the definitions of what questions "15", "17", "19" are as I could not be anymore detailed and accurate in my complaint. I hope and pray I have cleared up the confusion with this Amended Complaint as I am very anxious to get this 1983 to Jury Trial. I thank you very much.

Sincerely Yours,

Robert J. Castillo

Dated: April 22nd, 2008

VI

FOR REFERENCE ONLY.

**Government Claims Form**
**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov

State of California

For Office Use Only
Claim No.:

## Is your claim complete?

- [ ] **New!** Include a check or money order for $25 payable to the State of California.
- [ ] Complete all sections relating to this claim and sign the form. Please print or type all information.
- [ ] Attach receipts, bills, estimates or other documents that back up your claim.
- [ ] Include two copies of this form and all the attached documents with the original.

## Claimant Information

**1** Last name / First Name / MI
**2** Tel:
**3** Email:
**4** Mailing Address / City / State / Zip
**5** Best time and way to reach you:
**6** Is the claimant under 18?  ☐ Yes  ☐ No   If YES, give date of birth: MM DD YYYY

## Attorney or Representative Information

**7** Last name / First Name / MI
**8** Tel:
**9** Email:
**10** Mailing Address / City / State / Zip
**11** Relationship to claimant:

## Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond?  ☐ Yes  ☐ No
State agency that issued the warrant:       If NO, continue to Step **13**.
Dollar amount of warrant:      Date of issue: MM DD YYYY
Proceed to Step **22**.

**13** Date of Incident:
Was the incident more than six months ago?  ☐ Yes  ☐ No
If YES, did you attach a separate sheet with an explanation for the late filing?  ☐ Yes  ☐ No

**14** State agencies or employees against whom this claim is filed:

**15** Dollar amount of claim: $1,500,000
If the amount is more than $10,000, indicate the type of civil case:
☐ Limited civil case ($25,000 or less)
☐ Non-limited civil case (over $25,000)
Explain how you calculated the amount:

**16** Location of the incident: _____

**17** Describe the specific damage or injury:

**18** Explain the circumstances that led to the damage or injury:

**19** Explain why you believe the state is responsible for the damage or injury:

**20** Does the claim involve a state vehicle?  ☐ Yes  ☐ No
If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**
Name of Insurance Carrier

Mailing Address | City | State | Zip

Policy Number: _____  Tel: _____
Are you the registered owner of the vehicle?  ☐ Yes  ☐ No
If NO, state name of owner:
Has a claim been filed with your insurance carrier, or will it be filed?  ☐ Yes  ☐ No
Have you received any payment for this damage or injury?  ☐ Yes  ☐ No
If yes, what amount did you receive?
Amount of deductible, if any:
Claimant's Drivers License Number: _____ | Vehicle License Number: _____
Make of Vehicle: _____ | Model: _____ | Year: _____
Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

Signature of Claimant or Representative | Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**
Name of State Agency | Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative | Title

Signature | Date

VCGCB-GC-002 (Rev. 8/04)

**Government Claims Program Information and Claim Form**

California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 • www.governmentclaims.ca.gov



# Information and Claim Form

*Note: New statute requires $25 filing fee!*

**What kind of claims can be filed?** Claims can be filed for losses you believe were caused by the action, or inaction, of any state agency. Claims may include:

- Damage to real or personal property
- Reimbursement for state employee property loss, benefits, salary, or travel expenses
- Refund of a tax, fee, or penalty
- Contract disputes

Claims for damages caused by a local government agency must be filed directly with the local agency that is involved. Do not file your claim with the state. If your claim is with an institution in the University of California (UC) system, contact the UC Regents directly. Call the Government Claims Program at 1-800-955-0045 to find out more.

**Who can file a claim?**

Anyone who believes a state agency caused him or her to suffer monetary loss can file a claim.

**What are the time limits for filing a claim?**

Claims relating to the death or injury of a person, or damage to personal property or growing crops, must be filed no later than six months after the date of the incident. Other claims must be filed no later than one year after the date of the incident. You can request permission to file a late claim. Some claims have no filing deadline. You may want to consult an attorney if you are not sure how the time limits apply to your claim.

**Is your claim against the California Department of Transportation (Caltrans)?**

If your claim is against Caltrans and the damages are $5,000 or less, you can file your claim directly with Caltrans. Contact your local Caltrans office or visit www.dot.ca.gov to locate a Caltrans office near you. No fee is required for Caltrans claims under $5,000.

## Instructions for filling out this form:

| | |
|---|---|
| ❶ | Provide the full name of the person claiming damage or injury. |
| ❷ | Provide a daytime telephone number. |
| ❸ | Provide an email address. *(Optional)* |
| ❹ | Provide a complete mailing address. |
| ❺ | Let us know the best way to contact you if we need to call you. |
| ❻ | If the claim is being filed on behalf of a minor (someone under the age of 18), please give the minor's date of birth. |
| ❼ | You may wish to consult an attorney for assistance with filing a claim, however it is not required. If an attorney or other person (such as the parent or legal guardian of a minor or conservator of an adult) is representing you, please complete this section. If this section is completed, all correspondence regarding this claim will be sent to the representative. |

| | |
|---|---|
| **8** | Provide a daytime telephone number, including area code, for the attorney or representative. |
| **9** | Provide an email address for the attorney or representative. *(Optional)* |
| **10** | Provide a complete mailing address for the attorney or representative. |
| **11** | Describe the relationship of the attorney or representative to the claimant. |
| **12** | If this claim is regarding a stale-dated warrant (an uncashed check) more than three years old, or for an unredeemed bond, provide the date of issue, amount, and the name of the agency that issued it. **Attach a copy of the front and back of the warrant or bond.** For warrants that are less than three years old, contact the agency that issued the warrant directly to obtain payment. |
| **13** | State the exact date of the incident that you believe caused the damage or injury. If the incident took place over more than one date, provide both the beginning and ending dates. If the incident is ongoing, please provide the beginning date and the most recent date it occurred.<br><br>**Late Claims:** The Board must receive claims relating to the death or injury of a person, or damage to personal property or growing crops, no later than **six** months after the date of the incident. If such a claim is filed more than six months from the date of the incident, **attach a written explanation for late filing to the claim on a separate sheet.** Other claims that have deadlines must be received no later than one year after the incident date. Other claims have no filing deadline. Claimants may wish to consult with an attorney to determine which filing deadline applies. |
| **14** | Provide the name of the state agency that you believe caused the damage or injury. "State of California" alone is not sufficient. Please spell out the name of the agency and include the names of any state employees that were involved. |
| **15** | Enter the total dollar amount being claimed. If you believe the damages are continuing, or anticipated in the future, show a "+" after the dollar amount. If the total dollar amount exceeds $10,000, note whether the claim is a limited civil case or a non-limited civil case. Provide an explanation of how you computed the total amount. You may declare expenses incurred as well as expenses you expect to have in the future. Attach copies of all bills, payment receipts, and cost estimates. |
| **16** | For all claims involving real property, state-owned buildings or parking lots, and roadway- or vehicle-related claims, provide the street address, city, county, state highway number, road numbers, and/or post mile markers where you believe the damage or injury occurred. Real property includes land, buildings and other fixed structures. Roadway- or vehicle-related claims occurred on a state road or involved a state vehicle. |
| **17** | Describe the specific damage or injury that you believe resulted from the incident. Feel free to attach additional information to explain **17** through **19**. |
| **18** | Describe in full detail the circumstances that led up to the damage or injury. State all the facts that support your claim. If it applies, describe the dangerous condition of the public property. If a law enforcement or insurance Collision/Incident Report is submitted with the claim, this section must **still** be completed in your own words. |
| **19** | Explain why you believe the state agency is responsible for the damage or injury. |
| **20** | Provide the vehicle license number and any other identifying information if the claim involves a state vehicle. |
| **21** | This section must be completed if the claim involves a motor vehicle. Indicate whether a claim has been filed with your insurance carrier. If a claim has been filed with your insurance carrier, provide the name, telephone number, and mailing address of the insurance carrier. Also include your policy number and the amount of the deductible. If you have received payment, please indicate when and the dollar amount. |
| **22** | The claimant or the claimant's attorney or representative must sign this form. The Board will not accept the claim without an **original** signature. |
| **23** | Be sure to attach the $25 filing fee. Please make your check or money order payable to the State of California. If you cannot afford the filing fee, you can fill out a "Filing Fee Waiver Request", and attach it to this form. You obtain the filing fee waiver request form at www.governmentclaims.ca.gov or by calling 1-800-955-0045. |
| **24** | State agencies must submit the agency name, contact information for the agency budget officer, and the name of the fund or budget act appropriation item number. Submit the appropriate schedule if applicable (Example: 0000-000-0000, Budget Act 2004). |

LEGAL MAIL

V-73234 CDC NO.   HOUSING: B2-206

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102




Crescent City CA 95532