UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT JOHN BUSTILLOS,

    Plaintiff,

vs.

Sergeant E. SANCHEZ; Correctional Officers J. WOLF, D. PEREZ, RAMAREZ, R. MACHUKA, JR., ROCHE, VASQUEZ, V. FRANCO (male), R. REYES, S. RODRUGUEZ, Sergeant METCALF, and Lieutanant CAPLAN;

    Defendants.

No. C 07-5139 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff has written a letter to the court (document number 13) saying that he is "withdrawing" this case. The case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 14, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.07\BUSTILLOS5139.DSM.wpd